UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------X

IN RE: **Millwasp Realty LLC**

Chapter **11**

Case No.:

Debtor(s)

-----------------------------------------------X

STATEMENT PURSUANT TO LOCAL RULE 2017

I, **Michelle Labayen 6868**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| **February 2011** | Initial interview, analysis of financial condition, etc. |
| **March 2011** | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ __7,500.00__ .

Dated: **March 7, 2011**

        **/s/ Michelle Labayen**
        **Michelle Labayen 6868**
        Attorney for debtor(s)
        **Law Offices of Lutzky & Labayen, LLP**
        **26 West 183rd Street**
        **Bronx, NY 10453**

        **718 329-9500**
        **lutzky@prodigy.net**